UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE H. WILLIAMS, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:10CV2397 JCH |
| ) | |
| TARGET STORES, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL

In accordance with the Order entered this date, and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 23rd day of March, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE